**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NATHANIEL BROWN** | **DOCKET NO. 6:21-cv-4334**<br>**SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MEDICAL DEPT. ST. MARTINVILLE PARISH JAIL, ET AL** | **MAGISTRATE JUDGE HANNA** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 12] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. No. 15] to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against the St. Martin Parish Jail, Warden EJ, Captain Picard, CO Arceneaux, CO Mott, Fran Cheskar, CO County, and CO Milbrey be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS, DONE AND SIGNED,** in chambers, in Monroe, Louisiana, this 11th day of August 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**