UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **NATHANIEL BROWN** | : | **DOCKET NO. 6:21-cv-04334** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **ST. MARTINVILLE PARISH JAIL MEDICAL DEPT., ET AL** | : | **MAGISTRATE JUDGE AYO** |

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 34] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Erma Brown's Motion for Summary Judgment [Doc. No. 30] is **GRANTED** and all claims against her are hereby **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA this 28th day of June 2023.

                                                        Terry A. Doughty
                                                United States District Judge